AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moore, Jr., William T. | Southern District of Georgia | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 10245<br>Savannah<br>Georgia<br>31412 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Moore, Jr., William T.

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Personal Note | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. American Express BK FSB | A | Interest | K | T | | | | | |
| 4. Apollo Investment Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Blackrock S&P Common Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 7. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Brookline Bancorp. Inc. | A | Dividend | J | T | | | | | |
| 9. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 10. Caterpillar Inc. Del | A | Dividend | J | T | | | | | |
| 11. Cisco Systems, Inc. Common Stock | | None | J | T | | | | | |
| 12. Citi Bank | A | Interest | K | T | | | | | |
| 13. Comcast Corp. New C L A | A | Dividend | J | T | | | | | |
| 14. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 15. Corning, Inc. | A | Dividend | J | T | | | | | |
| 16. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 17. Danaher Corp. Del Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Du Pont E 1 DE Nemours | A | Dividend | J | T | | | | | |
| 19. Darby Bank Money Market Checking | A | Interest | | | Closed | | L | | See Explanation |
| 20. Exxon Mobile Corp. Common Stock | A | Interest | | | Sold | 08/31/10 | J | | |
| 21. Farmers Cap BK Corp. | A | Dividend | | | Sold | 08/31/10 | J | | |
| 22. Federal Home Loan Bank Gov't Bond | A | Interest | J | T | | | | | |
| 23. Federal National Mortgage Association Investment | A | Interest | J | T | | | | | |
| 24. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 25. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 26. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. First M&F Corp. Common Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 28. First Security Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 29. Frontier Communications | A | Dividend | | | Sold | 08/31/10 | J | | |
| 30. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 31. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 32. Goldman-Sachs Group | A | Dividend | J | T | | | | | |
| 33. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 34. Hewlett Packard Co. Common Stock HPQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 36. Household Finance Corp. Bond | A | Interest | J | T | | | | | |
| 37. ICH Corp. Common Stock | | None | J | T | | | | | |
| 38. ISTAR Financial Inc. | A | Dividend | J | T | | | | | |
| 39. Infosys Tech, LTD ADR | A | Dividend | K | T | | | | | |
| 40. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. Janus IRA-Constrarian Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 42. Kimberly-Clark Common Stock | A | Dividend | J | T | | | | | |
| 43. Mason Dixon Preferred Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 44. Medco Health Solutions Commons Stock | A | Dividend | K | T | | | | | |
| 45. Merrill Lynch IRA Rollover Acct | | | | | | | | | See Explanation |
| 46. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 47. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 48. ML Bank USA RASP | A | Dividend | L | T | | | | | |
| 49. Murphy Oil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 50. Nucor Corporation | A | Dividend | J | T | | | | | |
| 51. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 53. Schering -Plough Common Stock | A | Dividend | . | | Expired | 07/16/10 | J | | See Explanation |
| 54. Stanley Works CAP TR1 | A | Interest | J | T | | | | | |
| 55. Stern, Agee & Leach-IRA Account | | | | | | | | | See Explanation |
| 56. SunTrust Bank Money Market Acct. | A | Int./Div. | J | T | | | | | |
| 57. TJX Companies, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 58. Union Pacific | A | Dividend | J | T | | | | | |
| 59. U.S. Treasury Note 02/15/08 | A | Interest | | | Redeemed | 02/15/08 | K | | See Explanation |
| 60. U.S. Treasury Note 02/15/11 | B | Interest | K | T | | | | | |
| 61. U.S. Treasury Note 05/15/10 | A | Interest | K | T | | | | | |
| 62. U.S. Treasury Note 08/15/08 | A | Interest | | | Redeemed | 08/15/08 | K | | See Explanation |
| 63. U.S. Treasury Note 08/31/11 | B | Interest | K | T | | | | | |
| 64. U.S. Treasury Note 11/15/08 | B | Interest | | | Redeemed | 11/17/08 | K | | See Explanation |
| 65. U.S. Treasury Note 02/15/10 | B | Interest | K | T | | | | | |
| 66. U.S. Treasury Note 11/15/10 | B | Interest | | | Redeemed | 11/15/10 | K | | |
| 67. U.S. Treasury Note 02/15/12 | B | Interest | K | T | | | | | |
| 68. U.S. Treasury Note 08/31/12 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. U.S. Treasury Note 07/31/13 | A | Interest | K | T | | | | | |
| 70. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 71. U.S. Treasury Note 05/31/14 | A | Interest | K | T | | | | | |
| 72. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 73. Vanguard REIT EFT | A | Dividend | J | T | | | | | |
| 74. Vanguard Extd MKT EFT | A | Dividend | J | T | | | | | |
| 75. Vanguard FTSE All World | A | Dividend | J | T | | | | | |
| 76. Vanguard Short-Term Bond | A | Interest | K | T | Buy | 11/05/09 | | | See Explanation |
| 77. Vanguard Interm-Term Gov't Bond | A | Interest | K | T | Buy | 03/01/10 | K | | |
| 78. Vanguard Long-Term Gov Bond | A | Interest | K | T | Buy | 11/23/10 | K | | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. Wells Fargo & Co. New DEL | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation - Line 19
Darby Bank Money Market Checking - Account closed during year 2010.

Explanation - Line 46
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 56
Sterne, Agee & Leach - All assests of this account are included individually in Part VII of this report.

Explanation - Line 54
Schering-Plough Common Stock - Expired and deemed "worthless-non-transferable"

Explanation - Line 60
U.S Treasury Note 02/18/08 - This information was inadvertently omitted from last year's report.

Explanation - Line 63
U.S. Treasury Note 08/15/08 - This information was inadvertently omitted from last year's report.

Explanation - Line 65
U.S. Treasury Note 11/15/08 - This information was inadvertently omitted from last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William T. Moore, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Jr., William T. | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P.O. Box 10245<br>Savannah<br>Georgia<br>31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Moore, Jr., William T. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Personal Note | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. American Express BK FSB | A | Interest | K | T | | | | | |
| 4. Apollo Investment Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Blackrock S&P Common Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 7. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Brookline Bancorp. Inc. | A | Dividend | J | T | | | | | |
| 9. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 10. Caterpillar Inc. Del | A | Dividend | J | T | | | | | |
| 11. Cisco Systems; Inc. Common Stock | | None | J | T | | | | | |
| 12. Citi Bank | A | Interest | K | T | | | | | |
| 13. Comcast Corp. New C L A | A | Dividend | J | T | | | | | |
| 14. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 15. Corning, Inc. | A | Dividend | J | T | | | | | |
| 16. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 17. Danaher Corp. Del Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Du Pont E I DE Nemours | A | Dividend | J | T | | | | | |
| 19. Darby Bank Money Market Checking | A | Interest | | | Closed | | L | | See Explanation |
| 20. Exxon Mobile Corp. Common Stock | A | Interest | | | Sold | 08/31/10 | J | | |
| 21. Farmers Cap BK Corp. | A | Dividend | | | Sold | 08/31/10 | J | | |
| 22. Federal Home Loan Bank Gov't Bond | A | Interest | J | T | | | | | |
| 23. Federal National Mortgage Association Investment | A | Interest | J | T | | | | | |
| 24. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 25. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 26. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27. First M&F Corp. Common Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 28. First Security Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 29. Frontier Communications | A | Dividend | | | Sold | 08/31/10 | J | | |
| 30. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 31. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 32. Goldman-Sachs Group | A | Dividend | J | T | | | | | |
| 33. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 34. Hewlett Packard Co. Common Stock HPQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 36. Household Finance Corp. Bond | A | Interest | J | T | | | | | |
| 37. ICH Corp. Common Stock | | None | J | T | | | | | |
| 38. ISTAR Financial Inc. | A | Dividend | J | T | | | | | |
| 39. Infosys Tech, LTD ADR | A | Dividend | K | T | | | | | |
| 40. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. Janus IRA-Constrarian Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 42. Kimberly-Clark Common Stock | A | Dividend | J | T | | | | | |
| 43. Mason Dixon Preferred Stock | A | Dividend | | | Sold | 08/31/10 | J | | |
| 44. Medco Health Solutions Commons Stock | A | Dividend | K | T | | | | | |
| 45. Merrill Lynch IRA Rollover Acct | | | | | | | | | See Explanation |
| 46. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 47. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 48. ML Bank USA RASP | A | Dividend | L | T | | | | | |
| 49. Murphy Oil Corp. Common Stock | A | Dividend | K | T | | | | | |
| 50. Nucor Corporation | A | Dividend | J | T | | | | | |
| 51. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 53. Schering -Plough Common Stock | A | Dividend | | | Expired | 07/16/10 | J | | See Explanation |
| 54. Stanley Works CAP TR1 | A | Interest | J | T | | | | | |
| 55. Stern, Agee & Leach-IRA Account | | | | | | | | | See Explanation |
| 56. SunTrust Bank Money Market Acct. | A | Int./Div. | J | T | | | | | |
| 57. TJX Companies, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 58. Union Pacific | A | Dividend | J | T | | | | | |
| 59. U.S. Treasury Note 02/15/08 | A | Interest | | | Redeemed | 02/15/08 | K | | See Explanation |
| 60. U.S. Treasury Note 02/15/11 | B | Interest | K | T | | | | | |
| 61. U.S. Treasury Note 05/15/10 | A | Interest | K | T | | | | | |
| 62. U.S. Treasury Note 08/15/08 | A | Interest | | | Redeemed | 08/15/08 | K | | See Explanation |
| 63. U.S. Treasury Note 08/31/11 | B | Interest | K | T | | | | | |
| 64. U.S. Treasury Note 11/15/08 | B | Interest | | | Redeemed | 11/17/08 | K | | See Explanation |
| 65. U.S. Treasury Note 02/15/10 | B | Interest | K | T | | | | | |
| 66. U.S. Treasury Note 11/15/10 | B | Interest | | | Redeemed | 11/15/10 | K | | |
| 67. U.S. Treasury Note 02/15/12 | B | Interest | K | T | | | | | |
| 68. U.S. Treasury Note 08/31/12 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Treasury Note 07/31/13 | A | Interest | K | T | | | | | |
| 70. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 71. U.S. Treasury Note 05/31/14 | A | Interest | K | T | | | | | |
| 72. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 73. Vanguard REIT EFT | A | Dividend | J | T | | | | | |
| 74. Vanguard Extd MKT EFT | A | Dividend | J | T | | | | | |
| 75. Vanguard FTSE All World | A | Dividend | J | T | | | | | |
| 76. Vanguard Short-Term Bond | A | Interest | K | T | Buy | 11/05/09 | | | See Explanation |
| 77. Vanguard Interm-Term Gov't Bond | A | Interest | K | T | Buy | 03/01/10 | K | | |
| 78. Vanguard Long-Term Gov Bond | A | Interest | K | T | Buy | 11/23/10 | K | | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. Wells Fargo & Co. New DEL | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation - Line 19
Darby Bank Money Market Checking - Account closed during year 2010.

Explanation - Line 46
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 56
Sterne, Agee & Leach - All assests of this account are included individually in Part VII of this report.

Explanation - Line 54
Schering-Plough Common Stock - Expired and deemed "worthless-non-transferable"

Explanation - Line 60
U.S Treasury Note 02/18/08 - This information was inadvertently omitted from last year's report.

Explanation - Line 63
U.S. Treasury Note 08/15/08 - This information was inadvertently omitted from last year's report.

Explanation - Line 65
U.S. Treasury Note 11/15/08 - This information was inadvertently omitted from last year's report.

Explanation - Line 91

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William T. Moore, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544